**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN W. ROBISON, | ) Case No. CV 15-09959-VAP (KES) |
| Plaintiff, | ) |
| vs. | ) JUDGMENT |
| SUPERIOR COURT, et al., | ) |
| Defendants. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Complaint and entire action is dismissed with prejudice.

DATED: Sept 2, 2016

_Virginia A. Phillips_
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

1