O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

GLEN W. ROBISON,

                Plaintiff,

    v.

SUPERIOR COURT, et al.,

                Defendants.

Case No.  CV-15-09959-VAP (KES)

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the First Amended Complaint and this action with prejudice.

DATED:  March 29, 2017

_____

VIRGINIA A. PHILLIPS
CHIEF UNITED STATES DISTRICT JUDGE