JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN W. ROBISON,<br><br>                    Plaintiff,<br><br>         v.<br><br>SUPERIOR COURT, et al.,<br><br>                    Defendants. | Case No.  CV-15-09959-VAP (KES)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Complaint and entire action is dismissed with prejudice.

DATED:  March 30, 2017

_____
VIRGINIA A. PHILLIPS
CHIEF UNITED STATES DISTRICT JUDGE